# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 4:02cr56-RH

STEVEN LAMAR WILLIS,

    Defendant.

_____/

## ORDER TERMINATING SUPERVISED RELEASE

The defendant Steven Lamar Willis served a prison term of 126 months and is serving a six-year term of supervised release. He has completed more than five years of the six-year term. The term is scheduled to end on April 5, 2018. Mr. Willis has moved for early termination of supervised release.

Mr. Willis asserts—and the government does not deny—that he has a stable residence and stable employment. He has had no encounters with law enforcement while on supervised release.

The government opposes early termination, noting that Mr. Willis has an extensive criminal history (consisting of offenses committed more than 15 years ago) and while on supervision had one positive drug test (now more than two years

old). The government says Mr. Willis presents a risk of recidivism and so should be kept on supervision.

One way or the other, Mr. Willis's supervision will soon end. There is no reason to believe the risk of recidivism is greater now than it will be next April. There is no reason to believe nine more months of supervision will affect the likelihood that Mr. Willis will revert to criminal conduct. Instead, with his criminal history, it is likely Mr. Willis will face a severe penalty if he reverts to criminal conduct, with or without nine more months of supervision.

I have considered the factors in 18 U.S.C. § 3553(a) and the criteria in Monograph 109 as approved by the Judicial Conference of the United States. I find that termination of supervised release at this time is warranted by the defendant's conduct and the interest of justice. *See* 18 U.S.C. § 3583(e)(1). Accordingly,

IT IS ORDERED:

Mr. Willis's term of supervised release is terminated as of June 30, 2017, at 11:48 a.m.

SO ORDERED on June 30, 2017.

                                  s/Robert L. Hinkle
                                  United States District Judge

Case No. 4:02cr56-RH